35 A.3d 4

Michael MOORE, Petitioner

v.

COMMON PLEAS COURT, COUNTY OF
PHILADELPHIA, Respondent.

No. 101 EM 2011.

Supreme Court of Pennsylvania.

Jan. 10, 2012.

## ORDER

PER CURIAM.

AND NOW, this 10th day of January, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**